**Order entered April 10, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01424-CV

**MARTIN PHILIP KOCH, Appellant**

**V.**

**BOXICON, LLC, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04678-2012**

## ORDER

We **GRANT** appellant's April 9, 2015 motion for an extension of time to file an amended brief. We **ORDER** the amended brief tendered to this Court on April 9, 2015 filed as of the date of this order.

We **DENY** as premature appellee's April 8, 2015 motion for an extension of time to file a brief. Appellee's brief is due within **THIRTY DAYS** of the date of this order. *See* TEX. R. APP. P. 38.6(b).

/s/     ELIZABETH LANG-MIERS
            JUSTICE